AO 91 (Rev. 11/11) Criminal Complaint                                             C&W No. 20-128

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>LAMARK ROZIER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      20-mj-2192<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   see attached Affidavit   in the county of   Philadelphia   in the   Eastern   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2), (b)(1) | Distribution and receipt of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ James J. Zajac
*Complainant's signature*

James J. Zajac, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 18, 2020            /s/ Richard A. Lloret
*Judge's signature*

City and state:   Philadelphia, Pennsylvania   Hon. Richard A. Lloret, U.S.M.J.
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, James J. Zajac, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI and have been for 14 years. I am currently assigned to the Philadelphia Division's Violent Crimes Against Children Squad. While employed by the FBI, I have investigated federal criminal violations related to identity theft, Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which involves the investigation of online sexual exploitation of children. I have gained experience through training at the FBI Academy, the Innocent Images Unit of the FBI, various conferences involving Innocent Images and Crimes Against Children, and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that LAMARK S. ROZIER, date of birth        , committed violations of 18 U.S.C. § 2252(a)(2), which makes it a crime to receive or

1

distribute visual depictions of minors engaging in sexually explicit conduct, and any attempts to do so.

## LEGAL AUTHORITY

4. Title 18, United States Code, Section 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any visual depiction of minors engaging in sexually explicit conduct, produced using a minor engaged in such conduct, when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce, and any attempts to do so.

## FACTS SUPPORTING PROBABLE CAUSE

5. On January 30, 2020, a federal search warrant, Crim. No 20-121-M, was executed at the residence of Anthony Beasley,                      Philadelphia, PA 19146, to search and seize evidence of violations of 18 U.S.C. §§ 2251(d) and 2252. This investigation involved Beasley's use of the Internet, to include Twitter and Kik Messenger, to possess, receive, sell, and distribute child pornography through his Kik account using the username BOYZCUTIESX1. Beasley would accept payments for child pornography videos through the payment applications PayPal or Google Pay and used the email address MARTEZ_XXX@YAHOO.COM for these payment accounts.

6. During the execution of the search warrant, Beasley's Sony Xperia smart phone was seized and forensically analyzed. Child pornography images and videos were located on the device, along with the Kik application. Beasley's BOYZCUTIESX1 Kik account was currently

logged in on the device. Through the forensic extraction and review, numerous private chat messages were located regarding the sale and distribution of child pornography from September 2019 through January 2020 between Beasley and other Kik users.

7. In general, a typical transaction would start with Beasley providing a Mega cloud storage link to a Kik user with a preview folder of child pornography videos he had for sale. The preview folder contained screenshots of the videos with wording on the screenshots with the name of the video, the length of the video, and the price. The Kik user would then either tell Beasley the name of the video(s) he/she wanted to purchase or would send a copy of the screenshot of the video(s) he/she wanted to purchase to Beasley. Beasley would tell the Kik user the total cost of the video(s), provide his payment email account of MARTEZ_XXX@YAHOO.COM, and then the Kik user would send the money to Beasley through PayPal or Google Pay, often confirming with Beasley when the payment was sent Beasley would then send a Mega cloud storage link to the Kik user for each child pornography video purchased so the Kik user could download it.

8. Beasley was contacted by a Kik user with the username LROZIER from November 10, 2019 through December 21, 2019.

9. On November 10, 2019, LROZIER, via Kik Messenger, asked Beasley how much he charged for girl files. Beasley responded on November 11, 2019 and stated he had three girl links and sent LROZIER a Mega link for a preview folder containing screenshots of the files he had for sale. LROZIER then sent two screenshots back to Beasley. One screenshot contained a boy and girl, clothed, except for one small image within the screenshot that showed a girl, nude from the waist down, who appears on top of another person on the floor. Typed on the screenshot is, "BOY GIRL FUN 31 MINUTES $5". The second screenshot is of a folder with 12 smaller images that appear to be screenshots of 12 different videos. Typed on the screenshot is,

3

"GIRLZCUTIES PACK XX2 (12 vids) $25". Five of the smaller images appear to be of nude girls engaging in masturbation. The remaining images appear to be of nude girls exposing their buttocks or breasts.

10. Beasley asks LROZIER over Kik Messenger if he is trying to purchase these files and LROZIER stated "yes" and asked how he could pay for them. Beasley told LROZIER he accepts PayPal or Google Pay. LROZIER stated he has PayPal and sent Beasley a screenshot of his PayPal account showing he has PayPal setup. Beasley told LROZIER it would be $30 for the files he requested and provided his payment email address as MARTEZ_XXX@YAHOO.COM. LROZIER then sent Beasley a screenshot of the PayPal payment showing he paid $30 to MARTEZ_XXX@YAHOO.COM. Beasley then sent two Mega links to LROZIER via Kik Messenger, one link for each purchase. LROZIER told Beasley to hold on and to not stop sharing the files because they were not downloading. Beasley told LROZIER to install the Mega application to watch or download the videos. LROZIER told Beasley he has Mega installed and then said he got them and just had a bad connection.

11. On November 25, 2019, LROZIER asked Beasley via Kik Messenger if he had anymore girl packs. On November 26, 2019, LROZIER asked Beasley via Kik Messenger for the preview link again so he could buy something. Beasley sent LROZIER the Mega link with the preview screenshots via Kik Messenger. LROZIER sent Beasley four screenshots of videos he wanted to purchase via Kik Messenger. The first screenshot depicted two minor boys who appeared to be nude, but the picture was dark and the viewer cannot see their genitals. Typed on the screenshot was, "RAYMOND AND HIS BROTHER 12 MINUTES $5". The second screenshot depicted two nude minor boys, one boy laying on his back on top of the other boy, and the boy on top was spreading his legs to expose his genitals. Typed on the screenshot was,

4

"BLACK BOY DREAMS 5 ½ MINUTES $5". The third screenshot depicted a minor boy wearing only his underwear and the screenshot then had two smaller images on the screenshot. One image showed the same boy nude from behind and his buttocks are exposed. The other image appears to depict a minor boy performing oral sex on another minor boy. Typed on the screenshot was, "ZAYZAY FILE FOLDER (2 VIDEOS) ZAYZAY SOLO VID > 17 MINUTES BOYSUCK VID > 3 ½ MINUTES 9 PICS $13". The fourth screenshot depicted a clothed adult male performing oral sex on a nude, minor boy laying on a couch. A smaller image within the screenshot shows the minor boy nude from the waist down from behind exposing his buttocks. Typed on the screenshot was, "MY LITTLE BUDDY 12 MINUTES AND 57 SECONDS $10".

12. LROZIER then asks Beasley via Kik Messenger, "What's the damage? Lol." Beasley tells LROZIER it will be $33. On November 28, 2019, LROZIER sent Beasley a screenshot of the PayPal payment showing he paid $33 to ANTON BEASLEY via Kik Messenger. Beasley tells LROZIER he just saw the payment and sent LROZIER four Mega links for the files LROZIER purchased via Kik Messenger. Initially, Beasley only sent three Mega links and LROZIER asked where the link was for the file of Raymond and his brother. Beasley asked LROZIER if he was trying to buy that video. On November 29, 2019, LROZIER explained to Beasley he paid $33 for four videos and Beasley only sent him three links. Beasley apologized and sent LROZIER the link for the Raymond and his brother video via Kik Messenger.

13. On December 21, 2019, LROZIER asks Beasley via Kik Messenger if he had anything new with boys or girls. Beasley told LROZIER he has a couple new things and sent LROZIER the Mega links for the preview folders, one for boys and one for girls, via Kik Messenger. LROZIER sent Beasley two screenshots and one file name of a video he wanted to purchase via Kik Messenger. The first screenshot depicted a boy, clothed, and the screenshot had

5

a smaller image that appears to depict the same boy with his exposed buttocks. Typed on the screenshot was, "BCY CARAMEL BOY WITH GLASSES (SOLO) 20 MINUTES $10". The second screenshot depicted a minor girl, nude, with no pubic hair or breast development, laying down and spreading her legs and she is touching her vagina. The screenshot has two smaller images on it, one depicting the same girl nude and spreading her legs exposing her vagina, and one depicting the same girl wearing only a bra, nude from the waist down, from behind exposing her buttocks. Typed on the screenshot was, "LITE CARAMEL PYT SHOW (SOLO) 15 MINUTES $7". For the third file, LROZIER only provided the file name as "Jeremiah". Beasley told LROZIER these files would cost $25. LROZIER sent Beasley a screenshot of the PayPal payment showing he paid $25 to ANTON BEASLEY via Kik Messenger. Beasley then sent LROZIER three Mega links for the files LROZIER purchased via Kik Messenger. LROZIER told Beasley thanks, and this was the last date they communicated via Kik Messenger.

14. Your Affiant reviewed all of the Kik chats located on Beasley's smart phone and provided the Mega links Beasley sent to other Kik users, including the links provided by Beasley to LROZIER, to an investigator with the New Zealand Department of Internal Affairs, which has oversight over Mega Limited. Because Mega Limited considers the links to be public links once a user exports them and sends them to another user, the New Zealand Department of Internal Affairs can access the links and provide the content for each link, as long as the content is still available and was not deleted. On May 4, 2020, an investigator with the New Zealand Department of Internal Affairs provided Your Affiant the content for each Mega link still available found in Beasley's Kik chats. Prior to viewing the content, Your Affiant obtained a federal search warrant, Crim. No 20-756-M, to search and seize evidence related to 18 U.S.C. § 2252.

15.     In total, LROZIER purchased nine Mega links from Beasley.  Some of the links contained more than one video or also contained images along with videos.  These nine links received by LROZIER contained a total of 21 videos and 113 images, of which approximately 21 videos and 37 images, in Your Affiant's opinion, depict child pornography, as defined in 18 U.S.C. § 2256.  Of the remaining files, approximately 76 images depict minors clothed or exposing their buttocks, but not their genitals and not engaged in sexual activity.  Three of the 58 files that depicted child pornography had the following filenames and are described below:

  a. **my lil buddy 13 min vers.mp4** – video file that is 12 minutes and 57 seconds in length, received by LROZIER on November 28, 2019, depicting a nude minor, prepubescent boy.  The camera at times zooms in on the boy's genitals.  An adult male then at times throughout the video masturbates the boy and performs oral sex on the boy.

  b. **Black Boi DreamZ X.mp4** – video file that is 5 minutes and 25 seconds in length, received by LROZIER on November 28, 2019, depicting a nude minor, prepubescent boy.  The camera zooms in on his genitals throughout the video and an older nude male engages in masturbation with the boy, rubs his penis on the boy's genitals, and attempts to have anal sex with the boy.

  c. **LITE CARAMEL PYT SHOW re.mp4** – video file that is 15 minutes and 30 seconds in length, received by LROZIER on December 21, 2019, depicting a prepubescent minor girl, clothed and then she strips nude exposing her genitals and masturbates.  She bends over and spreads her legs to expose her genitals.  During the video she squats down and rubs her vagina on a cat.

16. On December 3, 2019 and April 20, 2020, administrative subpoenas were issued to PayPal requesting payments received by Beasley using the account MARTEZ_XXX@YAHOO.COM. PayPal provided results and an analysis of those records show payments made to Beasley on November 11, 2019 for $30, November 28, 2020 for $33, and on December 21, 2019 for $25, the same amounts paid by Kik user LROZIER to Beasley. The dates and times of the payments also match the dates and times LROZIER was requesting files from Beasley through Kik. The payments were made from an individual using the email address LAROZIER21@GMAIL.COM in the name LAMARK ROZIER.

17. On April 24, 2020, an administrative subpoena was served on PayPal requesting account information and transaction history for the account LAROZIER21@GMAIL.COM. PayPal provided records showing the account LAROZIER21@GMAIL.COM was created on June 2, 2019 in the name LAMARK ROZIER. The telephone number associated with the account was 267-777-3589. The address associated with the account was Philadelphia, PA 19151. A review of the payments made by PayPal user LAROZIER21@GMAIL.COM show payments made to MARTEZ_XXX@YAHOO.COM on November 11, 2019 for $30, November 28, 2020 for $33, and on December 21, 2019 for $25, the same amounts paid by Kik user LROZIER to Beasley. The following IP addresses were used by LAROZIER21@GMAIL.COM to access that user's PayPal account on the dates payments were made to Beasley: 107.77.203.211 on November 11, 2019; 68.82.219.104 on November 28, 2019 and on December 21, 2019.

18. On April 29, 2020, an administrative subpoena was served on Google requesting subscriber information and IP connection history for the account LAROZIER21@GMAIL.COM. On April 30, 2020, Google provided results showing this account was created on February 10,

8

2011 in the name LAMARK ROZIER. A recovery SMS phone number was 267-777-3589, the same phone number associated with the PayPal account LAROZIER21@GMAIL.COM. The last residential IP addresses used to attempt to log into the Google account LAROZIER21@GMAIL.COM was 2601:47:4581:1ba0:5142:cce8:efec:e0bc on March 18, 2020 at 20:08 UTC. Prior to this, the last residential IP address used to attempt to log into the account LAROZIER21@GMAIL.COM was 2601:47:4580:80b0:903f:4470:d948:e1e9 on January 2, 2020 at 21:22 UTC. Other recent IP addresses used to attempt to log into the account LAROZIER21@GMAIL.COM at the time of the Google records appear to be foreign IP addresses. In Your Affiant's training and experience, such foreign IP addresses are commonly associated with Virtual Private Networks (VPN) that are used by individuals who want to hide the location from which they are logging into their accounts. Other IP addresses are from AT&T Wireless, and AT&T Wireless does not maintain records showing which IP address was assigned to a specific user.

19. An online search of IP addresses 68.82.219.104 (used to access the PayPal account LAROZIER21@GMAIL.COM), 2601:47:4581:1ba0:5142:cce8:efec:e0bc, and 2601:47:4580:80b0:903f:4470:d948:e1e9 (used to attempt to access the Google account LAROZIER21@GMAIL.COM) showed these IP addresses are assigned by the Internet Service Provider (ISP) Comcast. The IP address 107.77.203.211 (used to access the PayPal account LAROZIER21@GMAIL.COM) is assigned by AT&T Wireless, and AT&T Wireless does not maintain records showing which IP address was assigned to a specific user.

20. On May 5, 2020, an administrative subpoena was issued to Comcast requesting subscriber information for IP address 2601:47:4581:1ba0:5142:cce8:efec:e0bc on March 18, 2020 at 20:08 UTC. That was the domestic IP address most recently used to attempt to access the

9

Google account LAROZIER21@GMAIL.COM. On May 7, 2020, Comcast provided results showing IP address 2601:47:4581:1ba0:5142:cce8:efec:e0bc was assigned to LAMARK ROZIER, 6325 West Jefferson Street, Unit E5, Philadelphia, PA 19151. IP address 2601:47:4581:1ba0:5142:cce8:efec:e0bc was assigned to this account on March 12, 2020 and was still assigned to the account as of the date of the subpoena, May 5, 2020. Comcast assigns multiple IP addresses to their subscriber's accounts. The two other Comcast IP addresses referenced above, 68.82.219.104 and 2601:47:4580:80b0:903f:4470:d948:e1e9, were also assigned to this Comcast subscriber's account. IP address 68.82.219.104 was assigned to the account on November 9, 2019 and was still assigned to the account as of the date of the subpoena, May 5, 2020. IP address 2601:47:4580:80b0:903f:4470:d948:e1e9 was assigned to the account on November 10, 2019 – March 11, 2020.

21.     On April 20, 2020, an administrative subpoena was issued to Kik requesting subscriber information and IP address connection history for the Kik account LROZIER. On May 19, 2020, Kik provided records showing the account LROZIER was created on November 8, 2012. The name on the account is "dotMark Rozay" with email address LAROZIER21@GMAIL.COM. The most recent device used to access the Kik account LROZIER was an Apple iPhone. The last residential login to this account was on May 19, 2020 at 11:44 a.m. UTC from IP address 68.82.219.104. IP address 68.82.219.104 was used numerous times to access the Kik account from November 10, 2019 – May 19, 2020, to include on November 11, 2019, November 28, 2019, and December 21, 2019, the dates LROZIER purchased child pornography from Beasley. The majority of this timeframe was covered in the Comcast results for IP address 68.82.219.104 referenced above. According to the Comcast records, this IP address was assigned to the subscriber LAMARK ROZIER,                                            Philadelphia, PA 19151 from

10

November 9, 2019 and was still assigned to ROZIER on May 5, 2020, the date of the subpoena to Comcast.

22. In addition to the Kik activity involving the purchase and receipt of child pornography, on April 29, 2020, Dropbox submitted NCMEC CyberTipline Report 71223102 advising that the user of Dropbox account BLACLITE411@GMAIL.COM had uploaded a video file depicting suspected child pornography into that Dropbox cloud storage account. Along with the CyberTipline Report, Dropbox provide limited account information to include the email address used to register the account, the name provided to Dropbox when registering the account, the IP addresses used to register the account, and one video file that had been uploaded to the Dropbox account BLACLITE411@GMAIL.COM. The CyberTipline Report indicated personnel at Dropbox viewed the entire contents of the file prior to submitting it to NCMEC. The IP address used to register the account was 2601:47:4581:1ba0:b53b:2b19:84f2:9d3c on March 28, 2020 at 1:18 p.m. UTC. This IP address was assigned to a Comcast subscriber in Philadelphia, PA.

23. Your Affiant reviewed the video file submitted by Dropbox for account BLACLITE411@GMAIL.COM, and in Your Affiant's opinion, it depicts child pornography as defined in 18 U.S.C. § 2256. The filename of the video is **Video Nov 16, 1 01 00 PM.mp4** and it depicts an adult male lying in bed with his penis exposed. A minor girl, who appears to be under the age of 12 years, nude from the waist down, is laying on top of the adult male while he rubs his penis between her buttocks and grabs her buttocks with his hand. She is rubbing her genitals on the male as if they are having sexual intercourse.

24. On May 27, 2020, an administrative subpoena was served to Comcast requesting subscriber information for IP address 2601:47:4581:1ba0:b53b:2b19:84f2:9d3c on March 28, 2020 at 1:18 p.m. UTC. On May 28, 2020, Comcast provided results showing IP address

2601:47:4581:1ba0:b53b:2b19:84f2:9d3c on March 28, 2020 at 1:18 p.m. UTC was assigned to LAMARK ROZIER, 6325 West Jefferson Street, Unit E5, Philadelphia, PA 19151.

25. On June 9, 2020, United States Magistrate Judge Timothy R. Rice authorized federal search warrant Number 20-971-M to search and seize evidence related to 18 U.S.C. § 2252 associated with Dropbox account BLACLITE411@GMAIL.COM.

26. On June 24, 2020, Dropbox provided the search warrant results for the account BLACLITE411@GMAIL.COM. Upon review, 44 files had been uploaded into the Dropbox account. Of those files, 29 videos, in Your Affiant's opinion, depicted child pornography, as defined in 18 U.S.C. § 2256, of minor children engaged in sexually explicit conduct, to include vaginal sex, anal sex, masturbation, and the lascivious display of genitalia. The remaining 15 videos depicted individuals who were nude or engaging in sexually explicit conduct who appeared to be minors, but their ages could not be determined. Three of the 29 videos that depicted child pornography had the following filenames and are described below:

   a. **Video Jan 10, 11 36 57 AM.mp4** – video file that is 35 seconds in length depicting two minor boys and one minor girl. A minor boy is nude and laying on a bed. The minor girl is nude from the waist down and performs oral sex on the boy laying on the bed. A second minor boy is nude from the waist down and engages in either anal or vaginal sex with the minor girl from behind while she is performing oral sex on the other boy. The ages of the children appear to be between 8 – 12 years old. Their genitals can be seen during the sex acts and they appear to be prepubescent.

   b. **Video Nov 07, 11 35 13 PM.mp4** – video file that is 1 minute and 41 seconds in length depicting a nude, prepubescent girl, with no pubic hair or breast

      development, laying on a bed. At times she is moving around, spreading her legs to expose her vagina, and then masturbates.

    c. **Video Dec 17, 10 53 42 PM.mp4** – video file that is 56 seconds in length depicting a prepubescent girl, with no pubic hair or breast development, who strips nude and bends over in front of the camera to expose her vagina and anus.

27.     Numerous records checks, to include Lexis Nexis, PennDOT, and the Pennsylvania Department of Motor Vehicles, showed a LAMARK S. ROZIER associated with _____ Philadelphia, PA 19151 (the "SUBJECT PREMISES"). Even though the Comcast records show the address _____ 19151, none of the records checks indicate the SUBJECT PREMISES is broken up into apartments or units.

28.     On December 16, 2020, Your Affiant applied for and was granted a federal search warrant, authorized by United States Magistrate Judge Richard A. Lloret, Eastern District of PA, in No. 20-MJ-2171 to search and seize evidence of violations of 18 U.S.C. § 2252 from the SUBJECT PREMISES, _____ Philadelphia, PA 19151.

29.     On December 18, 2020 that federal search warrant was executed at the SUBJECT PREMISES, _____ Philadelphia, PA 19151. LAMARK S. ROZIER ("ROZIER") was present at the time of the search warrant and agreed to speak with the Agents. ROZIER was advised he was not under arrest, he did not have to speak with the Agents, and was free to leave. The interview was audio recorded. ROZIER stated he does possess, distribute, and receive child pornography and has been doing so for at least one year. He primarily requests pictures and videos of boys. He has child pornography saved on his iPhone, which Agents seized from ROZIER from the pocket of his pants. ROZIER provided the PIN code to unlock and access

his iPhone and stated nobody else uses his iPhone. ROZIER stated the child pornography saved on his iPhone will be in the Photo Gallery and is in a hidden album so nobody else will come across it. Your Affiant viewed this hidden photo album and observed files, in Your Affiant's opinion, which depicted child pornography, as defined in 18 U.S.C. § 2256, to include a video file depicting a prepubescent girl, with no pubic hair, nude from the waist down, lying down with her legs spread and she is masturbating her vagina with her fingers. An adult male then touches her vagina and then engages in vaginal sex with her with his penis. Another video file depicts a prepubescent boy, with no pubic hair, nude, lying on the ground, spreading his legs to expose his genitals and anus and then masturbates his penis.

30. ROZIER stated he used to use Kik Messenger and did chat with the user BOYZCUTIESX1. ROZIER stated his Kik username was LROZIER, but the account is not active any longer. ROZIER stated he purchased child pornography from BOYZCUTIESX1 and paid for the files via PayPal with account LAROZIER21@GMAIL.COM. ROZIER was shown a copy of the Kik chats and recalled engaging in those chats. ROZIER admitted he also used the Dropbox account BLACLITE411@GMAIL.COM until it was shut down earlier in the year because he stored child pornography in it. He also stated he no longer has access to his Google account LAROZIER21@GMAIL.COM because it was shut down. ROZIER stated he thinks he saved child pornography into that account and Google shut the account down.

31. ROZIER stated he now uses the apps Viber and Telegram on his iPhone to distribute and receive child pornography. He last viewed child pornography within the last few days. ROZIER provided consent for Agents to view these accounts. A preliminary review of ROZIER's Telegram app conversations showed numerous conversations with individuals and ROZIER and these individuals are exchanging child pornography. ROZIER engaged in a chat

14

conversation with an individual by the name RICO RODRIGUEZ ("RODRIGUEZ"). On December 12, 2020, ROZIER distributed five videos, in Your Affiant's opinion, depicted child pornography, as defined in 18 U.S.C. § 2256, to RODRIGUEZ. One video distributed by ROZIER was the video described above that is 35 seconds in length depicting two minor boys and one minor girl. A minor boy is nude and laying on a bed. The minor girl is nude from the waist down and performs oral sex on the boy laying on the bed. A second minor boy is nude from the waist down and engages in either anal or vaginal sex with the minor girl from behind while she is performing oral sex on the other boy. The ages of the children appear to be between 8 – 12 years old. Their genitals can be seen during the sex acts and they appear to be prepubescent. A second video distributed by ROZIER to RODRIGUEZ was 1 minute and 5 seconds in length and depicted a prepubescent girl initially clothed, lying on the floor spreading her legs and then bending over for the camera. The girl then takes off her underwear to expose her vagina. She spreads her legs and masturbates her vagina with her fingers.

## **CONCLUSION**

32. Based upon the information above, I respectfully submit that there is probable cause to believe that LAMARK S. ROZIER, date of birth            , did receive and distribute visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), as more fully set forth in Attachment A.

33. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of LAMARK S. ROZIER.

/s/ James J. Zajac
JAMES J. ZAJAC
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS   18th   DAY
OF DECEMBER, 2020.

 /s/ Richard A. Lloret

HONORABLE RICHARD A. LLORET
United States Magistrate Judge

## ATTACHMENT A

**Count One – Receipt of Child Pornography – 18 U.S.C. Section 2252(a)(2), (b)(1)**

On or about November 28, 2019, in the Eastern District of Pennsylvania, defendant LAMARK S. ROZIER knowingly received visual depictions using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the user of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.

**Count Two – Distribution of Child Pornography – 18 U.S.C. Section 2252(a)(2), (b)(1)**

On or about December 12, 2020, in the Eastern District of Pennsylvania, defendant LAMARK S. ROZIER knowingly distributed visual depictions using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the user of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.